UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-50153-1 |
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | |
| RICHARD GLOVER, | |
| Defendant. | |

TO: THE HONORABLE DANETA WOLLMANN, UNITED STATES MAGISTRATE COURT FOR THE DISTRICT OF SOUTH DAKOTA

The United States of America, by and through Gina S. Nelson, Assistant U.S. Attorney, hereby petitions the Court for a Writ of Habeas Corpus Ad Prosequendum directed to the Scottsbluff Adult Detention Center, Gering, Nebraska, and to the United States Marshals Service for the production of Richard Glover.  The United States informs the Court that Richard Glover is presently detained in the Scottsbluff Adult Detention Center, Gering, Nebraska.  The United States further informs the Court that Richard Glover is needed to appear at an initial appearance in the above-captioned case in federal court in Rapid City, South Dakota, and should be brought in front of the magistrate forthwith.

Dated this 28th day of August, 2023.

                ALISON J. RAMSDELL
                United States Attorney

                */s/ Gina S. Nelson*

                _____
                GINA S. NELSON
                Assistant U.S. Attorney
                515 9th St. Ste. 201
                Rapid City, South Dakota 57701
                Telephone: (605) 342-7822
                Facsimile: (605) 342-1108
                Gina.Nelson@usdoj.gov