UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-50153-1 |
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | |
| RICHARD GLOVER, | |
| Defendant. | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: THE SCOTTSBLUFF ADULT DETENTION CENTER and the UNITED STATES MARSHALS SERVICE

YOU ARE HEREBY COMMANDED to produce Richard Glover, now detained at the Scottsbluff Adult Detention Center, Gering, Nebraska, for the purpose of appearing at an initial appearance in Rapid City, South Dakota, in regard to the above-captioned matter. You are further directed to maintain Richard Glover in custody at Rapid City, South Dakota, until further order of the Court.

Dated this _____ day of September, 2023.

BY THE COURT:

_____
DANETA WOLLMANN
UNITED STATES MAGISTRATE JUDGE