AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

United States of America
v.

RICHARD GLOVER,

*Defendant*

)
)
)   Case No. 5:23-cr-50153-01
)
)
)
)

RECEIVED
U.S. MARSHAL
RAPID CITY, SD
2023 SEP 21  PM 3:30

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RICHARD GLOVER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance   21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C)

Date: 09/21/2023

*Issuing officer's signature*

City and state: Rapid City, South Dakota

Matthew W. Thelen, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/21/2023, and the person was arrested on *(date)* 10/3/2023
at *(city and state)* Scottsbluff, NE.

Date: 10/6/23

*Arresting officer's signature*

DUSM DAVE TRAUTMAN
*Printed name and title*

WHCAP                                         cc: USM-clr