# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Karen E. Schreier United States District Judge Presiding

| Courtroom Deputy - SLT<br>Courtroom - RC #2 | Court Reporter – Deanna Clayborne<br>Date – 7/26/2024 |
|---|---|

U.S. Probation Officer – Kali Koritar

5:23-cr-50153-01

| United States of America | Edward Tarbay |
|---|---|
| Plaintiff, | |
| vs. | |
| Richard Glover | Michael Strain |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 11:00 AM

TIME:
10:59 AM    Enter evidentiary sentencing

               Sentence: 210 months imprisonment, 5 years supervised release, $100 VAF

11:17 AM    Court adjourned.